■ MARIE BENZ, Appellant, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term dismissing plaintiff's complaint.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL DI LAPO, Appellant, against B. JOHN TUTUSKA, as Sheriff of the County of Erie, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term, dismissing the writ of habeas corpus.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELINE NATARELLI, Appellant.— Order adjudging appellant guilty of criminal contempt unanimously affirmed, without costs of this appeal to either party. (Appeal from an order of Erie County Court, adjudging defendant to be guilty of criminal contempt of court.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT SANTANGELO, Appellant, against B. JOHN TUTUSKA, as Sheriff of the County of Erie, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term dismissing a writ of habeas corpus.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY L. KINGSTON, Appellant.— Judgment of conviction and orders unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of manslaughter, second degree. The orders denied defendant's motion for a new trial and denied his motion in arrest of judgment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BOLLETTIERI, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Oneida Supreme Court convicting defendant of the crimes of violations of sections 1294 and 1864 of the Penal Law.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WILLIAMS, Appellant.— Judgment of conviction unanimously reversed on the law and facts and a new trial granted. Memorandum: The interests of justice require a new trial, because substantial rights of the defendant were affected by the reading of testimony to the jury, which had been stricken out, and by the court's failure to instruct the jury with sufficient clarity that such testimony should be disregarded by them. (See People v. Smith, 172 N. Y. 210, 239; Ives v. Ellis, 169 N. Y. 85, 90; People v. Lupo, 305 N. Y. 448, 451; People v. Ochs, 3 N Y 2d 54.) (Appeal from judgment of Onondaga County Court convicting defendant of the crime of robbery, first degree, on three counts.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW WILLIAMS, Appellant.— Judgment of conviction unanimously reversed on the law and facts and a new trial granted. See memorandum filed in People v. Williams (11 A D 2d 906). (Appeal from judgment of Onondaga County Court convicting defendant of the crime of robbery, first degree on three counts.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.